IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  CHAPTER 13 CASE
 NO. 09-33087-DHW
HOSTON HENRY HOUSTON
LATISHA L HOUSTON

    Debtors.

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO: CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to the debtor's claim of exemption. As grounds for said objection, the Trustee states as follows:

1. The debtor's Chapter 13 petition was filed November 9, 2009.

2. The debtor's §341 Meeting of Creditors was held December 21, 2009.

3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).

4. At the Meeting of Creditors, Latisha L. Houston testified that the house is in her name, only.

5. The debtors have claimed a $10,000.00 homestead exemption in real property pursuant to §6-10-2, Code of Alabama. However, under said

Code section, the debtor is limited to an exemption in the amount of $5,000.00, since the house is in her name, only.

WHEREFORE, the above premises considered, the Trustee respectfully requests the Court deny the debtor's claim of exemption as filed.

Respectfully submitted this 19th day of January, 2010.

      /S/     Curtis C. Reding
Curtis C. Reding
Chapter 13 Trustee
ASB-5585-G64-C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
E-mail: Ch 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, Trustee, certify that I have served a copy of the foregoing TRUSTEE OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, this 19th day of January, 2010.

      /S/     Curtis C. Reding
Curtis C. Reding
Chapter 13 Trustee

Hoston Henry Houston
Latisha L. Houston
6241 Pinebrook Dr
Montgomery, AL 36117

Vonda S. McLeod, Esq. (via electronic filing)