IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:                          }
                                           }    Case No. 09-33087
Hoston Henry Houston                       }
Latisha L. Houston                         }    Chapter 13
                                           }
**Debtor(s)**                              }

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### Objection to Claim No. 26
### Of Creditor NUVELL

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of NUVELL and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on November 9, 2009 listing Nuvell as an unsecured creditor in the amount of $6,365 for a repossession deficiency for a 2005 Chevy Venture van.

2. Nuvell filed an unsecured claim in the amount of $8,660.20 (court claim number 22). Subsequently, the creditor filed another unsecured claim in the amount of $15,225.09 for the same debt with the same account number and no supporting documentation (court claim number 26).

WHEREFORE, premises considered, the debtors move this Court to disallow claim number 26 of Nuvell because it is a duplicate of claim number 22 and it has no supporting documentation.

Respectfully submitted,

Case 09-33087    Doc 29    Filed 02/16/10    Entered 02/16/10 09:24:50    Desc Main
                   Document       Page 1 of 2

/s/ Vonda S. McLeod ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day February 16, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

Paul Lavelle, attorney for Nuvell