# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

In the Matter of: )
) Case No. 09-33087
HOSTON HENRY HOUSTON and )
LATISHA L. HOUSTON ) Chapter 13
)
Debtor(s). )

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 26

Comes now Nuvell Credit Company, LLC (hereinafter "Nuvell") and objects to the debtors Hoston Henry Houston's and Latisha L. Houston's Objection to Claim No. 26 of Nuvell. In response to the objection Nuvell sets forth the following:

1. Nuvell's claim 26 of $15,225.09 has been amended and now reflects a balance of $6,599.37.

2. The breakdown of Nuvell's amended claim 26 is as follows:

   | | |
   |---|---|
   | Judgment entered on 9/15/2009 | $6,365.62 |
   | Interest from 9/16/2009 to 11/9/2009 | 233.75 |
   | Proof of Claim | $6,599.37 |

3. Nuvell's claim of 22 is duplicative of claim 26 and should be disallowed.

_____
Paul K. Lavelle
Attorney for Nuvell Credit Company, LLC

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Response to Debtor's Objection to Claim No. 26 upon the following via ECF e-mail on this the ___ day of March, 2010.

_____
OF COUNSEL

Vonda S. McLeod
Shinbaum, McLeod & Campbell
566 S. Perry Street
Montgomery, Alabama 36101

Curtis C. Reding
Post Office Box 173
Montgomery, Alabama 36101

09-183 

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

NUVELL CREDIT COMPANY, LLC, )
        Plaintiff, )
)
V. ) Case No.: CV-2008-901370.00
)
HOUSTON LATISHA L., )
        Defendant. )

## ORDER

The above-style matter came before the Court for a Final Hearing on Plaintiff's Motion for Summary Judgment. Upon consideration of the testimony, submission of evidence, and legal authorities, the Court hereby finds that the Motion is due to be and is hereby partially GRANTED. Based on the evidence presented, the Court enters judgment in favor of the Plaintiff, Nuvell Credit Company, in the amount of $6365.62 haveing allowed the defendant the following credit:

1. Money from the sale of the vehicle in the amount of $2000.00,
2. Accrued finance charges in the amount of $393.53,
3. Late fees in the amount of $108.24, and
4. A check from State Farm Insurance Company signed over to the plaintiff by the defendant in the amount of $3321.57.

It is ORDERED, ADJUGED, and DECREED that the Court enters a final judgment in favor of the plaintiff against the defendant, Latisha L. Houston, in the sum of $6365.62.


DONE this 15th day of September, 2009.

                          /s CHARLES PRICE
                          CIRCUIT JUDGE